No. 71–1502. FITZHARRIS, CONSERVATION CENTER SUPERINTENDENT v. BLAYLOCK. C. A. 9th Cir. Certiorari denied.

No. 71–1536. CENTRAL GULF STEAMSHIP CORP. v. DENNIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1558. KANTNER ET AL. v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 71–1675. ADAM v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 71–6826. BAILEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 71–6844. JACKSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–176. STEVENS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–181. J. RAY MCDERMOTT & Co., INC. v. THE MORNING STAR ET AL.; and
No. 72–229. FISH MEAL Co. ET AL. v. J. RAY MCDERMOTT & Co., INC. C. A. 5th Cir. Certiorari denied. Reported below: 457 F. 2d 815.

No. 72–182. JIFFY JUNE FARMS, INC., ET AL. v. COLEMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–184. RAIMONDI v. MARYLAND. Ct. App. Md. Certiorari denied.